✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

v.

Gregory Peguero-Colon

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19-cr-10459-RWZ-7

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Philip A. Mallard | Kevin L. Barron |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/20/2019 - 12/20/2019 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/20/2019 | | | Testimony by Special Agent Alvarado |
| | | | | | |
| 1 | | 12/20/2019 | Y | Y | Criminal Affidavit filed in case 19-cr-10459 as to Gregory Peguero-Colon |
| 2 | | 12/20/2019 | Y | Y | Source of Debriefing relating to reports as to Gregory Peguero-Colon |
| 3 | | 12/20/2019 | Y | Y | Email from Gregory Peguero-Colon to members of the Latin Kings |
| 4 | | 12/20/2019 | Y | Y | Series of emails from Gregory Peguero-Colon to CW #3 |
| 5 | | 12/20/2019 | Y | Y | Title 3 Wiretap Interception regarding text messages as to Gregory Peguero-Colon |
| 6 | | 12/20/2019 | Y | Y | Title 3 Wiretap Interception regarding text messages as to Gregory Peguero-Colon dated 8/26/19 |
| 7 | | 12/20/2019 | Y | Y | Title 3 Wiretap Interception regarding text messages as to Gregory Peguero-Colon |
| 8 | | 12/20/2019 | Y | Y | Reports dated 1/10/2018 as to CM (an assault victim) |
| 9 | | 12/20/2019 | Y | Y | Facebook page photograph of a Tre Metzger (identified as Gregory Peguero-Colon) |
| 10 | | 12/20/2019 | Y | | FBI reporting document dated 11/9/2018 |
| 11 | | 12/20/2019 | Y | Y | CD containing video clips played in court as to Gregory Peguero-Colon |
| 12 | | 12/20/2019 | Y | Y | Title 3 Wiretap Interception from Juan Liberato's phone |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages